# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

Civil Division

| | |
|---|---|
| JAMES C. MAXEY, PRO SE <br><br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> Kirkland and Ellis LLP <br> *Defendant(s)* see attached <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JAMES C. MAXEY |
| Street Address | 5808 ENGLE ROAD #5 |
| City and County | CARMICHAEL - COUNTY OF SACRAMENTO, CA. |
| State and Zip Code | CALIFORNIA 95608 |
| Telephone Number | (916) 627-6544 |
| E-mail Address | jamesmaxey1987@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**
Name: Kirkland and Ellis LLP
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

**Defendant No. 2**
Name: United States Department of Justice
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

**Defendant No. 3**
Name: Merrick Garland
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

**Defendant No. 4**
Name: Jeffrey A. Rosen
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

**Defendant No. 5**
Name: Robert M. Maxey
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 6**
Name: Gary P. Summerhays
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 7**
Name: Mormon church
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 8**
Name: Lance Bradley Wickman
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 9
  Name: Benjamin Wagner
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 10
  Name: McGregor Scott
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 11
  Name: John P. Carlin
  Job or Title (if known): Deputy Attorney General
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 12
  Name: Richard Donoghue
  Job or Title (if known): Deputy Attorney General
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 13
  Name: Eric Holder
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 14
  Name: Loretta Lynch
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 15
  Name: William Barr
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 16
  Name: Jeff Sessions
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 17
Name: Anne Marie Schubert
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 18
Name: Scott Jones
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 19
Name: Emily F. Johannaber
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 20
Name: Ramona Williams
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2 1
  Name: Federal Bureau of Investigation
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2 2
  Name: National Security Agency
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2 3
  Name: Central Intelligence Agency
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2 4
  Name: California State Bar Association
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No.

- Name: D.L.A. Piper Global Law Firm
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No.

- Name: Christopher Wray
- Job or Title *(if known)*: Director, FBI
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No.

- Name: Paul M. Nakasone
- Job or Title *(if known)*: Director, National Security Agency
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No.

- Name: Scott Jones
- Job or Title *(if known)*: Sheriff, County of Sacramento
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 25
  Name: Gibson, Dunn and Crutcher LLP
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 26
  Name: Covington and Burling LLP
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 27
  Name: Paul, Weiss, Rifkind, Wharton and Garrison LLP
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 28
  Name: Venable LLP
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 29
  Name: Barock H. Obama
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 30
  Name: Hillory R. Clinton
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 31
  Name: Willion J. Clinton
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 32
  Name: Clinton Foundation
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

**Defendant No. 33**
Name: Angelique Ashby
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 34**
Name: Jonathan Paul
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 35**
Name: Kamola D. Harris
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 36**
Name: Doug Emhoff
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

and Does 1 through 2,000

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case. Title 18 Sections 4, 47, 201, 225, 242, 610, 1001, 1028, 1113, 1117, 1510, 1512, 1519, 1962, 2331, 2332, 2338, 2340, 287 and 3771 of the United States Code

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Title 18 United states Code Sections 1520 and 1802, Crimes against humanity under the United Nations Covenants Against Torture, Trafficking and Human Experimentation, as well as, Title 22 USC Section 7102(a), Title 28 USC Section 1350 and California Civil Code Section 52.7.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* JAMES C. MAXEY , is a citizen of the State of *(name)* THE UNITED STATES .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b. If the defendant is a corporation

The defendant, *(name)* Kirkland and Ellis LLP, is incorporated under the laws of the State of *(name)* United States and has its principal place of business in the State of *(name)* United States

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

- please see attached –

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

– please see attached –

B. What date and approximate time did the events giving rise to your claim(s) occur?

From on, or about, June 26, 2013, through, the present time, Kirkland and Ellis LLP has unlawfully conspired with Sacramento County District Attorney Anne Marie Schubert and Judicial Council of California, as well as, others to file and adjudicate false, fictitious, fake and fraudulent lawsuits using the Plaintiff's identity without his knowledge.

Page 4 of 6

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): _____
(This Attachment may be used with any Judicial Council form.)

Statement of claim (continued)

A. From on, or about, July 22, 1969, through, the present time, the above-described criminal enterprise has financially, politically and religiously exploited the microchip technology implanted into the Plaintiff in an orchestrated, organized and systematic plan in which he has been trafficked and forced into non-consensual and involuntary service as a 'guinea pig' and 'biological robot' for involuntary human experimentation and the research and development of: (1) a government research neuroscience program; (2) neurological research into 'radiation'; (3) neurological research into 'mind control'; (4) neurological research into Remote Neural Monitoring as well as, microwave and electromagnetic torture; (5) surveillance through the use of electrical activity from the visual cortex of his brain seen on a video monitor and publicly displayed (the Defendants are able to see what the Plaintiff's eyes are seeing); and, (6) neurological research into 'behavior modification' In addition, the Plaintiff has been forced into involuntary service as a 'guinea pig' for the research and development of GPS technologies world-wide. The Defendants have illegally subjected the Plaintiff to imposed observation and tracking of his movements, belongings, person and surroundings through the use of GPS technologies, electronic listening devices, video recording, special imaging and every other means of observing his possessions and activities.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page ____ of ____
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

ATTACHMENT
to Judicial Council Form

www.courtinfo.ca.gov

Case 2:21-cv-00043-JRG-CRW   Document 2   Filed 03/01/21   Page 14 of 16   PageID #: 16

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

From on. or about, November 10, 2020, through, the present time, Kirkland and Ellis LLP has committed Fraud upon the U.S. District Court For the Eastern District of California and U.S. Court of Appeals for the Ninth Circuit through Fraud, deceit and coercion of judicial officials

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

THE PLAINTIFF HAS SUFFERED IRREPARABLE PHYSICAL AND MENTAL INJURY, AS WELL AS, IRREPARABLE DAMAGE AND HARM TO HIS REPUTATION AND GOOD NAME.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE PLAINTIFF DEMANDS the immediate transfer of his Filings with the United States District Court For the Eastern District of Tennessee to the Eastern District of California and a preliminary injunction ordering all relief he is entitled to.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/23/2021

Signature of Plaintiff: *James C. Maxey*
Printed Name of Plaintiff: JAMES C. MAXEY

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____